1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZIRCONIA PUBLISHING, INC.., a Colorado corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE 1 A/K/A "JOANNAH CLARKSON", AND JOHN DOES 2-10, individuals or unknown entities.<br><br>    Defendants. | NO.: 2:15-cv-00598-TSZ<br><br>**[PROPOSED] OPRDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION**<br><br>**NOTE ON MOTION CALENDAR: MAY 7, 2015** |

Having reviewed Zirconia Publishing, Inc.'s ex parte motion for clarification of the Court's Minute Order of May 5, 2015 (Dkt. No. 6), and deeming itself fully advised, the Court finds and orders as follows:

1. Zirconia's motion is granted.

2. The Court considers requests for the following information to be within the permissible scope of the subpoenas referred to in the above Minute Order: email addresses and IP addresses belonging to the person or persons who are alleged to have sent the Digital

[proposed] ORDER GRANTING MOTION FOR
CLARIFICATION - 1

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

1  Millennium Copyright Act notice on or about March 10, 2015, relating to the book, A Baby for
2  My Billionaire Stepbrother, as alleged in plaintiff's Complaint.
3       DATED this ____ day of May, 2015.
4
5                                              _____
                                               Thomas S. Zilly
                                               District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[proposed] ORDER GRANTING MOTION FOR
CLARIFICATION - 2

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966