**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ZIRCONIA PUBLISHING, INC.., a Colorado corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE 1 A/K/A "JOANNAH CLARKSON", AND JOHN DOES 2-10, individuals or unknown entities. <br><br> Defendants. | NO.: 2:15-cv-00598 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Zirconia Publishing, Inc., hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The defendant has not served an answer or a motion for summary judgment.

Respectfully submitted, and dated this 23rd day of July, 2015.

**Focal PLLC**

*/s/ Randall Moeller* _____
Randall Moeller, WSBA # 21094
800 Fifth Ave., Suite 4100
Seattle, WA 98104
Tel: (206) 529-4827
Fax: (206) 260-3966

NOTICE OF VOLUNTARY DISMISSAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

randy@focallaw.com

*Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL - 2

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966